UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ZAYAS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAN MATEO MEDICAL CENTER,<br><br>  Defendant. | Case No. 24-cv-01518-HSG<br>*SEALED*<br>**ORDER UNSEALING CASE** |

  The Court **DIRECTS** the clerk to unseal the case, except for the complaint, Dkt. No. 1, which should remain sealed pursuant to the Court's order in Dkt. No. 29.

  **IT IS SO ORDERED.**

Dated: 11/20/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge