UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ZAYAS, et al.,

        Plaintiffs,

    v.

SAN MATEO MEDICAL CENTER,

        Defendant.

Case No.  24-cv-01518-HSG

**ORDER DENYING MOTION FOR RECONSIDERATION**

Re: Dkt. No. 38

Pending before the Court is Plaintiffs' motion for reconsideration.  Dkt. No. 38.  The Court previously dismissed Plaintiffs' case as untimely, Dkt. No. 29, and denied Plaintiffs' two motions for reconsideration, Dkt. No. 36.  The Court explained that "Plaintiffs ha[d] failed to make the showing required under Rule 59(e) or Rule 60(b)" and did "not otherwise explain why the claims that were before this Court were timely" or "provide this Court with any new information."  Dkt. No. 36 at 2.

Plaintiffs have again failed to make the necessary showing for reconsideration.  Plaintiffs state that "[w]e have enough evidence to support our claim, if only we[']re allowed to appear before the court, which we didn't have yet."  Dkt. No. 38 at 1–2.  Once more, Plaintiffs have not explained what evidence they have or how it would have made their claims timely.  Accordingly, the Court **DENIES** Plaintiffs' motion, Dkt. No. 38.  No further filings will be accepted in this closed case.

    **IT IS SO ORDERED.**

Dated:   6/4/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California